NEW-YORK,<br>May, 1823.

M'LEAN<br>v.<br>FORWARD.

Motion refused.(*a*)

---

## M'LEAN *against* FORWARD.

APPLICATION, on behalf of the defendant, for a *re-taxation* of costs. They were noticed for taxation and taxed, *July* 30*th*, 1822. The notice, with a copy of the bill of costs, was served on the agent of the defendant's attorney, but did not come to the hands of the attorney in season for him to *oppose*, owing to the distance of his residence. Judgment was signed at the last *August* term.

After the lapse of two terms, at which the party might have applied, for a retaxation of costs, the Court will not interfere, tho' there be exceptionable items in the bill.

*Curia.* *October* and *January* terms, having both elapsed, at either of which, for aught that appeared, the defendant might have made this motion, we refuse to interfere, although there appears to be some exceptionable items in the bill.

Motion refused.(*a*)

(*a*) Vid. *Morris et al.* v. *Mullett et al.* (1 *John. Ch. Cas.* 44. S. P.)